*Mr. Prince Allen Marsh*
*434 Simpson Place*
*Peekskill NY 10566*

*March 2, 2005*

*The Honorable Joseph J. Farnan Jr.*
*United States District Court*
*For the District of Delaware*
*844 King Street*
*Wilmington, DE 19801*

*Dear Hon. Farman,*

*I hope this letter reaches you in the highest of Mental, physical and Spiritual well-being. I am writing this letter for a few reasons I have brought it to your attention that I am not educated in the practice of Law in The initial complaint brought before your court, I am seeking an Injunction. I apologize if I have done it incorrect. It has been brought to my attention that I was supposed to attain the document from the courts website, but it was not available. Therefore, I am not sure of the correct procedures but I have enclosed a Motion for a Preliminary Injunction I have also included it in the Summons and Complaint with the U.S Marshall form 285 for each defendant. I sincerely thank you for your time concerning his matter and my life.*

*Respectfully,*

*Prince Allen Marsh*

2005 MAR -8  PM 3: 54

CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED