**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** Prince Allen Marsh | **COURT CASE NUMBER** CIV 0587 JJF |
| **DEFENDANT** Delaware State University | **TYPE OF PROCESS** Order Complaint - Injunction |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kay Moses Director of Judicial Affairs "DSU"

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1200 N. Dupont Highway Dover, DE 19901

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Prince Allen Marsh
434 Simpson Place
Peekskill N.Y. 10566

Number of process to be served with this Form - 285: One
Number of parties to be served in this case: 5
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Pauper Case.

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF  ☐ DEFENDANT
P. Marsh
TELEPHONE NUMBER: 914 613-7073
DATE: 5/17/2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Kay S. Moses

Address (complete only if different than shown above):
Same as above

Date of Service: 5/26/05
Time: 11:10 am
Signature of U.S. Marshal or Deputy: [signature]

FILED
MAY 27 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

REMARKS:

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)