UNITED States District Court
for the State Of Delaware
-----------------------------------------

Prince Allen Marsh, Plaintiff
    Vs.

Delaware State University et al;

NOTICE OF MOTION
FOR SUMMARY JUDGMENT

Civ. 05. 87 JJF

---

Please Take Notice, that upon the Plaintiff's Affirmation, Pursuant rule 56(a) dated August 2, 2005, with accompanying Motion for Summary Judgment; and all papers submitted and proceeding held herein , Plaintiff, by Pro Se , Pursuant to Rule 56 (a)(c ) of the Federal Rule of Civil Procedure , will move on a date to be determined by the court, at The United State Court House, 844 King Street , Wilmington, DE 19801, for an order granting Summary Judgment in the Plaintiffs favor on the grounds that there are no genuine issues as to any material fact, that the Plaintiff is entitled to Judgment as a matter of Law and for such other and further relief as this Court may deem just and proper.

Please Take Further Notice that, pursuant to Rule 56 (e) of the Federal Rules of Civil Procedure, that when a motion for summary judgment is made and properly supported, you may not simply rely on a denial, but you must respond by affidavits , setting forth specific facts showing that there is a genuine issue of material fact, any factual assertions in Plaintiff's affidavits will be accepted by the District Judge (JJF) as being true unless you submit affidavits or other documentary evidence contradicting Plaintiff's assertions. If you do not so respond, summary judgment may be entered against you.

Please Take Further Notice that all Opposition papers, if any , must be served by June 15, 2005

    Dated: August 2, 2005
    Peekskill, New York 10566

                                        PRINCE A. MARSH
                                        434 SIMPSON PLACE
                                        PEEKSKILL N.Y  10566



FILED

AUG 17 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Mr. Prince Allen Meek
434 Simpson Place
Peekskill, NY 10566.

The United States District Court
for the District of Delaware
Honorable Joseph F. Farnan Jr.
Office of the Clerk
844 N. King Street, Lockbox
Wilmington, DE 19801-3570

FIRST CLASS