Mr. Prince Allen Marsh c/o
Ms. Diana L. Kelly
434 Simpson Place
Peekskill NY 10566

March 15, 2005

Office of Judicial affairs
Delaware State University
1200 N. Dupont Highway
Dover, Delaware 19901

Dear Ms. Carol Stevens,

    *I am* In receipt of the Judicial Conduct Records requested. Please be advised that action regarding the submission of these documents to educational institutions are in violation the United States Constitution, Civil Rights Act 1983 and Equal Protection clause. In addition, D.S.U 's Zero Tolerance Policy and Sanctions as noted in the student handbook (page 95#) states , The zero tolerance policy is effective as it relates to on - campus activities". The stated offences occurred off campus and prior to the beginning of the Semester.

Secondly, the final Administrative appeal hearing was not honored before the Vice President for Enrollment Management and Student affairs after all other appeals and administrative reviews where exhausted. As stated in the D. S.U Student handbook of Student Judicial System (page 118 & 119) ("Delaware State Universities) Failure to comply with the procedural requirements set forth in the student Judicial code may cause for dismissal of the charge, if it is shown that such procedural error biases that case or causes specific harm to the student.

In addition, to adjudication through the university Judicial System, the accused student and the complainant always have the right to seek relief through a court of law".

Furthermore, Prince Allen Marsh was not convicted nor found guilty of the charges as described in the charge letter or the hearing findings. Delaware State Universities sanction and judicial body doesn't surpass constitutional guarantees as required by the Delaware Superior Judicial System. Subsequently, this evidence or lack thereof was not considered or available

*for this information subsequently changes the nature and lack thereof substantial evidence. Therefore the Judicial process as stated in the student handbook is in error due to lack of due process . Due to acting in the absence of a court or authoritative body I.E when a student can show an error in the hearing, or arbitrariness in the findings.*

*Enclosed you will find the original copy of the intent to sue letter mailed by certified mail w/ signature. The United States District Court of Wilmington Delaware have been summoned to review this matter.*

*Thank you for your time concerning this matter.*

*Prince Allen Marsh*



State University of New York College at Cortland

Admissions Office

April 27, 2005

Prince Marsh
434 Simpson Pl.
Peekskill, NY 10566

Dear Prince:

The Admissions Committee has carefully reviewed your application credentials and regrettably, we are not able to offer you admission to the Fall 2005 semester.

While transfer admission decisions are based primarily on cumulative academic performance, we have given consideration to other factors that support your application.

We understand this decision is a disappointment, and we regret that we are not able to accommodate you at this time. On behalf of the Admissions Committee, I thank you for your interest in SUNY Cortland and wish you success in your future endeavors.

Sincerely,

Mark J. Yacavone
Interim Director of Admissions

MJY/jjm

P.O. Box 2000  Cortland, New York  13045-0900
Phone: (607) 753-4711 ■ Fax: (607) 753-5998



# Office of the University Registrar

Request for Delaware State University Official Transcript

**Personal Information**

ID#: D100— _86782_

Name: _Prince_     _Allen_     _Marsh_
       First      Middle      Last

Maiden name: _____

Name used while attending: _Same as above_

Dates of attendance: _Sept 2001_ to _____

Date of birth: _3·24·83_

DSU degree conferred: _____

Date degree conferred: _____

**Special Instructions:**

____ Number of transcript(s) to be sent to address below

____ Hold for grades, term _____

____ Hold for degree completion statement

____ Hold for posting of degree, term _____

____ Hold for teacher certification, term _____

____ Hold for change of grade in course _____

term _____

____ Hold, will pick up personally (picture ID required)

**Your current address:**

_434 Simpson Place_
_Peekskill N.Y. 10566_

Daytime telephone: ( _914_ ) _736_ – _2319_

**No transcript will be furnished to any student whose financial obligations to the university have not been met.**

Student
Signature: _____

Date: _____

**Send transcript to (please print):**

_____
_____
_____
_____

**Print and mail this request to:**

Delaware State University Records Office
1200 N. DuPont Hwy.
Dover, DE 19901
(302) 857-6375

ENCLOSE PAYMENT!    _Exhibit X_

There is a $5.00 charge for each transcript, including the first. Make checks payable to Delaware State University. Your cancelled check will be your receipt.

Complete a separate form for each recipient. Requests for partial transcripts cannot be honored. Transcripts will show all work completed at Delaware State University. Transcripts are normally mailed within 72 hours of receipt of this form. During the period of recording of grades and other peak periods, additional time will be needed.

Delaware State University                                          August 24 2004
Board of Trustees
1200 N. Dupont Highway
Dover Delaware 19901

                                                        Mr. Prince Allen Marsh
                                                        434 Simpson Place
                                                        Peekskill N.Y 10566
                                                        914 736-2319

Re: Reinstatement & Admission to Delaware State University
    Appeals Hearing

(Board of Trustees)  Delaware State University

I hope this letter receives you in the highest of physical, mental and spiritual health.  This past spring 2004 semester I was expel for Delaware State University for possession of illegal drugs and possession of a weapon and ammunition.  (The State of Delaware Superior Court did not convict me of any of these charges.)  Due to being expelled, I was not able to for fill satisfactory academic progress.  (Semesters before this one I had maintain satisfactory academic progress.)
 The truth to it is I was at the wrong place with the wrong people at the wrong time, I was arrested and charged with some pretty heavy charges, (I apologize for the negative and bad publicity this incident created for the image of Delaware State University) although it was a very unfortunate incident there is a life long experience which has guided my every step and is etched in my mind everyday of my life since.  (Remain diligent of those who are around you at all times, my spirit has relayed this message to me everyday of my life since that incident.)
I would greatly appreciate the opportunity to continue my education at Delaware State University.

Thank you and God Bless


Sincerely yours



Prince Marsh


Cc; Board of Trustees,

 Rick Borros, Norman Oliver, Jesse Williamson, Joe Cerrado, Marvin Lawerence, Norma Lee Derrickson Claiborne Smith, John Land, Cora Selly, F. Michael Parkowski

XI



# DELAWARE STATE UNIVERSITY

OFFICE OF FINANCIAL AID

June 25, 2004

Prince Marsh
434 Simpson Place
Peekskill, NY 10566

Dear Prince Marsh:

    This letter is to advise you that upon the recommendation of the Athletic Department at Delaware State University, your athletics aid will not be renewed for the 2004-2005 academic year.

    This action is in accordance with the NCAA constitution and the conference and institutional regulations that apply. If you feel that the cancellation of your aid is unfair or unjustified, you have the right to request a hearing, as provided by NCAA regulations. To make this request, contact Ms. Carylin C. Brinkley, Director of Financial Aid by Wednesday, July 1, 2004, and an appeals hearing will be scheduled for you with the Financial Aid Appeal Committee.

    If you have any additional questions, feel free to call or write to Dr. Charles Smith, Vice President, Enrollment Management and Student Affairs at (302) 857-6300.

Sincerely yours,

(Ms.) Carylin C. Brinkley
Director of Financial Aid

CCB/dgm

cc: Dr. Charles Smith, Vice President, Enrollment Management and Student Affairs
    Mr. Duane Henry, Head Men's Track Coach
    Ms. Kimberly Walker, Associate AD for Compliance
    Ms. Carylin C. Brinkley, Chairperson of Financial Aid Appeals

*Exhibit XII*

1200 N. DUPONT HIGHWAY • DOVER, DELAWARE 19901-2277 • (302) 857-6250 • FAX (302) 857-6251

Mr. Prince Allen Marsh
434 Simpson Place
Peekskill NY 10566

August 23, 2004

Executive Assistant to the President
Of Delaware State University
Mr. Drexel Ball
1200 N. Dupont Highway
Dover, Delaware 19901

Dear Mr. Ball,

I pray sincerely that this letter greets you in the up most of spiritual, Mental and physical Wealth. I am writing this letter to share my thanks with you for taking the time to listen to what I really had on my heart to say. I have attempted numerous times to contact Mr. Charles Smith and have not received a letter or phone call.
I not only thank you for taking the time to listen, but you listen to me as one human being to another and although we went back and forth, I felt you agreed to disagree without any bad feelings, for we where able to move forward and hear each other.

Again as I stated on the telephone I was not convicted of the crime because God knows I was in the wrong place at the wrong time and with the wrong people, and not because I actually did what I was charged with. I have come from a very hard place as I am sure most people of our ancestery . I am Blessed for where my mother has brought I and my family as a single parent is a place which society states is not possible. I have worked very hard to get to this place College, especially having a five year old son which I have had custody since he was a few month's old, I have never been in trouble before I am the hope of the my generation and I pray you and the Board of Trustees please review the merits of my character and not decide that the incident is who I am. I entered your school on a five year scholarship for track and field I am in my third year of school at Delaware State

I have many tools which have made me vigilant of the company I keep,so I don't make the same mistake, I pray that you believe in Prince Allen Marsh and afford me the opportunity, I promise you will not be disappointed. I hope the opportunity given to me will afford the next young man or woman in my situation an opportunity, that you will have faith for you will be pleased with your decision. The prior semesters before this incident I completed school and on many days and nights I carried a tooth brush and a change of clothes because I didn't know from day to night where I would sleep nor where my next meal would come from but there where other young men in my same situation , we stuck it out and looked out for one another I completed my classes with a passing grade without books, I don't share this with you for any other reason, but to let you know my education is important. I thank you for your time and look forward to hearing from you soon.

                                    Respectfully Yours,

                                    Prince Allen Marsh

Cc; Board of Trustees ( D.S.U)

## North County News SPORTS REPORT



Peekskill sprinter Prince Marsh concluded his All-Star track and field career with three NYS titles last weekend.

# Marsh snags 100, 200 NYS titles

By Ray Gallagher & Kevin Gorey

To say Prince Marsh was crowned king last weekend at Mitchell Field on Uniondale, Long Island would be a major understatement. For two years now, the Peekskill High senior has been Section 1's top sprinter, but Saturday he showed the rest of NYS what he's all about.

With Peekskill strongly represented in three events, Marsh won the NYS and Federation 200-meter titles at 21.52 and was the top dog in the NYS Class B 100-meter dash at 10.83, giving the Prince three crowns befitting of a King.

"I knew I had a good shot in the one and two in Class B but did not think I would take the Federation, it felt real good," Marsh said regarding his feat.

"Prince is the kind of athlete that when you put a challenge in front of him he rises to the occasion," Peekskill track Len coach Joyner said.

The Delaware State-bound Marsh was also the anchor leg for the Peekskill 400-meter relay team, which copped second place in Class B with a time of 42.79. The team of Johnson Makinde, Harland Banks, Marlon Lee and Marsh turned the trick.

Running several events may seem a tough challenge but Marsh's work ethic makes it possible.

"I rest a lot in between events, I ran 400's all week leading up to the event to be ready for the 100 and 200 and always try to build my leg strength and improve my stamina.

Marsh has certainly put together a winning formula in his off-season workouts and event preparation, something that leads to success not only for himself but for his relay team as well.

"Our relay team ran a good race, their times have been getting better all year since the Penn Relay, we had three clean handoffs and all of the guys finished strong," Joyner said.

For Marsh, the senior ran his personal best time in the 100 (10.78) and was named All-County in the 100, 200, 400 and the 400 relay, a truly remarkable acheivement.

"Prince's performance was outstanding," Joyner said. "I was very hot out there and a lot of runners were having trouble but Prince was just phenomenal. He posted a personal best and in the 400, a race he does not even train for he only lost by a tenth of a second to one of the top runners in the country."

Saturday was an incredible conclusion to

# ★ Sports ★

The Star

& FIELD

# ilors have home cooking at Class B



Marsh of Peekskill in a race last year.
Robert Sabo/File photo

## Marsh named most outstanding in county championship meet

By Mike Sabini

There are advantages and disadvantages to hosting a big track meet, but if you have a top-flight program like Hendrick Hudson, the pros far outweigh the cons.

That was the case last weekend when Hen Hud hosted the Westchester County Meet and will be the case again when they host the Section 1 Class B Championships on Friday, May 25, at 1 p.m. After their impressive showing in the county meet the young but talented Sailors feel good about themselves going into the Class B championships.

"We are optimistic that we will do very well," said Hen Hud coach Marcia Bailey. "We have no school on Friday, which is a built in day off for us.

"On the flip side we have to host it which means work for the kids when they are not in their events. But it is always nice to have the home field advantage, so to speak."

What Bailey was referring to is the fact that when a team hosts a big meet, the kids are not able to rest up in-between events. Instead the kids on the host team are responsible for putting up the hurdles, working the concession stands and anything else that goes with hosting a meet of that magnitude.

One athlete that has no problem running races of that magnitude is Peekskill's Prince Marsh, who will be looking to take advantage of the Sailors hospitality. Marsh goes into the Class B championships after being named boys outstanding runner in the County Meet.

Marsh took first in the 200-meter dash in a time of 21.8 seconds while also taking part of Peekskill's 400-meter relay team that won the gold in a time of 43.1 seconds and is favorite to do so again on Friday. On that team with Marsh are Johnson Makende, Harland Banks, and Marlon Lee.

"I think they are now running better now then they did in the winter," said Peekskill head coach Len Joyner, who added that Makende is a new addition to the relay squad. "But in the relay you need three perfect hand-offs. One technicality can throw you off."

Marsh also placed second in the 400-meter dash, with Lee placing both in the 100-meter dash and the high jump. Peekskill's girls 400-relay team of Courtney Speights, Courtney LeCoq, Alexis Gerald and Sabrina Williams almost won the league meet and should represent themselves well at the class meet.

As a team, the Peekskill boys placed fifth in the county meet. For Hen Hud the boys team placed sixth overall and the girls team seventh out of 38 teams in the open competition. Of the Class B teams competing in the county meet, both the boys and the girls were second to Somers.

What makes that showing even more impressive for the Sailors is that all but two of those points came from underclassmen, showing just how bright the Sailors future is.

Looking for another first place finish in the present at the Class B meet after taking the gold in the County meet is Elliot Matson. He finished first at the County meet in the pole vault with a vault of 12 feet. His brother Dan also was at 12 feet but placed second because of misses. Brian Zubradt was fourth at 11 feet.

In the 400-meter relay Zubradt was part of a foursome that took home third in Class B in a time of 46.4 seconds. Making up that squad with Zubradt was Alex Edwards, Aaron Brickman, and Andy Rawlins.

Rawlins also placed sixth in the 110 hurdles with a time of 16.5 seconds. Brickman recorded personal bests of 21 feet, five and a half inches in the long jump and another high of 39 feet, 4 and quarter inches in the triple jump. Those placed him second and sixth in the County respectively.

Edwards also excelled by placing in the 100, 200 and 400-meter dashes the only athlete to do so in the County meet. Also placing for the Sailors was Jason Zinn and Skylar Kranz in the Pentathlon.

On the girls side what will help the Sailors immensely is the return of one of the best high jumper in the country in Siobhan Fogarty. Fogarty suffered a nagging ankle injury in the County meet but should be ready to go for the Class competition.

Krystal Sarcone was third in the steeplechase in a time of 7:58.9 and seventh in the 3,000-meter run. Anika Edwards placed sixth in both the 100 hurdles and the triple jump while Caitlyn Fanning took third and fifth in the hammer throw and javelin.

In their class, Jenna Nigro and Cristina Cerullo were third and second in the javelin and pole vault respectively.