# Peekskill's speed will be a Devil to handle

**Story by Rick Schultz**
**Photos by Ray Gallagher**

Don't blink, because they might run right by you. That may be the phrase repeated all season by opponents of the Peekskill Red Devils, who should be one of the most exciting teams around in 2000. After going 4-4 after a 3-1 start during a down year last season, first-year coach Kenny Haskins is hoping the Red Devils will respond to his brand of toughness, which may have been missing in recent seasons.

## OFFENSE

Taking over at quarterback for the Red Devils is junior Rashard Turner, who can run like a deer and throw the ball as well. Turner, an All-Section point guard for the Peekskill basketball team, will hope to guide the Red Devil offense in much the same manner that he guided the basketball team to the Class B semifinals.

"We're fast," said Haskins. "There's definitely a lot of speed and a lot of depth at the tailback and fullback positions."

The speed and quickness of senior tailback Marlon Lee, among others, will be on display as the Red Devils feature a wishbone offense. The group of running backs will stay fresh while keeping defenses guessing, and then hope to run right by them.

If the Red Devils are lacking anything on offense it's quality wideouts. Many dropped balls in the pre-season may restrict what can be done on offense, and the Red Devils have quickly become aware of the problem. However, burner Prince Marsh, a NYS champion in the 100 meters, is certainly a guy they want to get into the flow of the offense.

"Our biggest concern as a coaching staff is getting the offense in sync," said Haskins. "But we also have other wide open sets that we're going to expose once we get down the road. We just don't want to show it too early."

Billy Clark and Jermaine Sessions will anchor the offensive line, which should set things up for Turner, Lee, and the rest.

What the immense team speed will do for Peekskill is give them second chances. When things break down and go wrong, speed can make up for it. Just when it seems that the defense has you pinned in, speed can help you break away and turn a sure loss into a significant gain. Plays like that can demoralize an opposing defense, and should keep Peekskill in most of its games.

## DEFENSE

While the offense remains somewhat of a wildcard, the defense will most likely be the Red Devils' strong point. Like the offense, Peekskill's 4-4 defensive set will key on the tremendous team speed.

"The strongest part of our team is probably our defense, due to the fact that these kids run well," Haskins said. "Our defense is not something we spend a lot of time worrying about."

Opponents may find it extremely difficult to get outside and sweep on the Red Devils because of safety Lee, as well as the other seven up front. Junior inside linebacker Ron Davis has also emerged as a key to the Red Devils' defense. At 5-9, 160 he may not look like a smasher, but don't let it fool you.

"He's very physical," says Haskins. "You think he's about 280 the way he hits. There aren't many guys his size that hit like that."

"We can definitely stop people," said Haskins. "Basically, the eight guys we have in the box have exceptional speed. We just need the kids to understand they need to be a little bit more disciplined."

## SPECIAL TEAMS

Just as the team speed makes the defense, it could make Peekskill's special teams one of the most exciting around.

"Because of the speed, anything that you do there's going to be kids down the field that run well," said Haskins. "From linemen, to running back, to receivers."

Who will return punts and kickoffs is still a mystery, depending on some pre-season discipline problems.

"It could be game time this week before we make some of these decisions," said coach Haskins. "We need to make a statement that this is not last year." Regardless of who gets the call, you know they will be fast.

Rashard Turner will handle the placekicking and punting, while Tony Smith will do some punting as well. "We can definitely kick the ball," said Haskins.

## OUTLOOK

As a rookie coach in League B-North, Haskins realizes that the road to success will not be an easy one to travel. Hendrick Hudson has been extremely tough since Haskins himself played at Peekskill before graduating in 1987. Somers, the early favorites to win it all in Class B, will be tough to beat with their new coaching staff and the philosophies of legendary coach Tony DeMatteo, who comes from Roosevelt with one NYS title under his belt.

Byram Hills is also expected to make a bid for the divisional crown. Kennedy and Beacon, though down in recent seasons, should be improved.

"This is still an adjustment for our guys," said Haskins. "We've got to get used to our

**PEEKSKILL QB RASHARD TURNER & WR PRINCE MARSH ARE VITAL COGS**

**1st-YEAR COACH KENNY HASKINS**

The philosophy is simple. Play solid defense, remain disciplined, and watch this team run away with a successful season. Peekskill will kick it off at home versus Pearl River on Saturday before taking on

# Peekskill's own state champion

**MARSH, from 1**

down by another ankle injury, something she has been fighting through the last couple of weeks.

Teammate Dan Matson was fifth in the pole vault at 12-6 and Aaron Brickman placed 10th in the class with a mark of 38-9 in the triple jump.

As for next season, Bailey said, if the logistics can be worked out, Section 1 would have fully automatic timing for its big events such as sectionals, state qualifiers, league meets, etc. Virtually all of the meets in the section are determined by time held watches, by six to eight officials.

"One of our biggest problems is a severe shortage of officials," said Bailey. "With a time held watch, it takes between six to eight officials. With the FAT, it takes just two. Plus you get a more accurate time, maybe even a photo finish.

"If the logistics can be worked out, we would like to have it done in time for cross country in the fall.

The FAT is taken by a sophisticated computer-programmed camera that requires four people to operate.



Ricky Flores/The Star
Prince Marsh, right, closed his PHS career in memorable fashion this past weekend at the Mitchell Field Athletic Complex in Uniondale.

# Prince Marsh defends title, wins crown

**Peekskill senior takes 100-, 200-meter races**

By Mike Sabini

After he and his teammates lost the Class B 400-meter relay at the New York State Track & Field Championships this past weekend at Hofstra University's Mitchell Field Complex in Uniondale, Peekskill senior Prince Marsh was feeling down.

For Marsh, seeing his teammates on the relay — Johnson Makende, Marlon Lee and Harland Banks — not being able to win the race hurt him badly.

According to Peekskill coach Len Joyner, Marsh would have felt even worse had he not defended his Class B state titles in the 100- and 200-meter races.

Marsh did just that and more.

He won both races in his class, and took the overall state federation crown in the 200 as well.

"Prince was just on a mission to defend his crowns," said Joyner. "He was right from the start determined to do that."

Marsh did that with a time of 21.63 seconds in the 200 to win the class title, before running his personal best of 21.52, which earned him the federation race.

Before that, Marsh won the 100 crown in the class with a time of 10.83 and was third in the federation in that event with a time of 10.78.

Unfortunately for Marsh, the 400-relay team that he participated in fell just short to Amytiville (which ran a 42.64) in Class B with a time of 42.79. That time was good enough for them to qualify for the federation race, where they finished sixth with a time of 43.20.

"Amityville had a strong team," said Joyner. "Our kids ran a strong race but some of the hand-offs were not smooth. We thought that we would win, but when you are in the states, you are going up against the best of the best."

Doing the best for Peekskill crosstown rival Hendrick Hudson was Siobhan Fogarty, in the high jump. Fogarty was fifth overall in Class B and seventh in the Federation with a jump of 5 feet, 3 inches.

According to Hen Hud coach Marcia Bailey, Fogarty was slowed

Please see CHAMPION, 29



Karen Vibbert-Kennedy/The Journal News

'eekskill's Prince Marsh carries the ball during his team's 21-16 victory over Byram Hills yesterday.

FOOTBALL

# Peekskill survives scare

### Red Devils escape with 21-16 victory over Byram Hills

Lisa Rudner
The Journal News

PEEKSKILL – It didn't matter that Peekskill came into yesterday's game with Byram Hills with two more wins than the Bobcats.

But before the Red Devils (4-1, 3-1) took the 21-16 win, Byram Hills gave them a little scare taking a 9-7 lead going into halftime.

Byram Hills (2-3, 1-3) struck first when they held the ball for the first six minutes of the game running 10 plays before Chris Dzielak connected with Chris Haye for a 12-yard touchdown pass.

After being held scoreless in the first quarter, Peekskill was able to tie the game when Marlon Lee ran the ball in 8 yards only 10

"Byram Hills surprised us," Turner said. "It's our home field and we thought it was going to be an easy victory. But they shocked us. That's when we stepped it up in the second half to get the job done."

And the Red Devils did just that as they scored four plays into the second half when Turner ran in 4 yards to put the host up 14-9.

But that wasn't all for the Red Devils as they scored on their next possession when Turner threw to Prince Marsh for a 66-yard touchdown pass.

"They made big plays," Byram Hills coach Chris Borsari said of Peekskill. "And their speed killed us. Once Marsh caught that ball I knew that no one was going to catch him. And Turner made a big play for them also."

Turner finished the game with 73 rushing yards on eight carries including an interception.

Yet Byram Hills wouldn't roll over that easily.

Haye had 34 reception yards.

"At halftime they told me they weren't happy with the way they were playing," Peekskill coach Ken Haskins said. "And so they came out strong in the second half. They know they could be a better ball club and they are capable of playing better."

Peekskill, holding a five point lead with three minutes remaining in the game, looked as if they were having a problem holding off Byram Hills' offense as the Bobcats were able to get the ball over the 50 yard line.

And then the Red Devils were charged with a face mask call that put the Bobcats on Peekskill's 32-yard line.

Dzielak was able to move the offense to the 15-yard line carrying the ball 15 yards, but the Bobcats couldn't do anymore as the quarterback threw three consecutive incomplete passes before the turnover of downs for Byram Hills' last possession of the game.