## NBA standings

### Eastern Conference

#### Atlantic Division

| | W | L | Pct | GB | L10 | Str | Home | Away |
|---|---|---|---|---|---|---|---|---|
| Philadelphia | 39 | 14 | .736 | — | 6-4 | W-3 | 17-8 | 22- |
| Miami | 32 | 20 | .615 | 6½ | 8-2 | W-3 | 17-7 | 15- |
| Knicks | 30 | 20 | .600 | 7½ | 5-5 | W-1 | 16-9 | 14- |
| Orlando | 27 | 23 | .540 | 10½ | 8-2 | W-8 | 17-9 | 10- |
| Boston | 23 | 28 | .451 | 15 | 8-2 | W-1 | 15-13 | 8- |
| Nets | 17 | 37 | .315 | 22½ | 3-7 | L-3 | 11-17 | 6- |
| Washington | 12 | 39 | .235 | 26 | 5-5 | L-5 | 8-17 | 4- |

#### Central Division

| | W | L | Pct | GB | L10 | Str | Home | Away |
|---|---|---|---|---|---|---|---|---|
| Milwaukee | 30 | 19 | .612 | — | 6-4 | W-1 | 19-7 | 1 |
| Toronto | 27 | 24 | .529 | 4 | 5-5 | L-1 | 15-10 | 1 |
| Charlotte | 27 | 26 | .509 | 5 | 4-6 | L-1 | 15-9 | 1 |
| Indiana | 22 | 28 | .440 | 8½ | 3-7 | W-1 | 13-11 | |
| Cleveland | 20 | 29 | .408 | 10 | 1-9 | L-9 | 13-11 | |
| Detroit | 20 | 32 | .385 | 11½ | 5-5 | L-1 | 10-15 | |
| Atlanta | 16 | 35 | .314 | 15 | 2-8 | L-7 | 11-15 | |
| Chicago | 7 | 42 | .143 | 23 | 1-9 | W-1 | 5-17 | |

### Scores, schedule

**Friday's Games**
Knicks 114, Nets 104
Philadelphia 108, L.A. Clippers 93
Orlando 108, Houston 93
L.A. Lakers 99, Charlotte 94
San Antonio 91, Minnesota 85
Sacramento 117, Denver 84
Vancouver 92, Golden State 79

**Yesterday's Games**
Washington at Dallas (n)
Miami at Chicago (n)
Cleveland at Houston (n)
Charlotte at Milwaukee (n)
Atlanta at Seattle (n)
Boston at Portland (n)

**Today's Games**
L.A. Clippers at Nets, 1 p.m.
Knicks at Orlando, 7:30 p.m.
San Antonio at Toronto, 12:30 p.m.
Phoenix at Philadelphia, 12:30 p.m.
Utah at Sacramento, 3 p.m.
Vancouver at Minnesota, 3:30 p.m.
L.A. Lakers at Indiana, 5:30 p.m.
Washington at Denver, 9 p.m.
Atlanta at Golden State, 9 p.m.

**Tomorrow's Games**
L.A. Clippers at Detroit, 7:30 p.m.
Chicago at Cleveland, 7:30 p.m.
San Antonio at Milwaukee, 8 p.m.
Boston at Utah, 9 p.m.

**Late Friday**
**Spurs 91, Timberwolves 85**

SAN ANTONIO — Anderson 36 5-18 9-11 5 1 2 21, Duncan 47 7-19 12-16 12 2 2 26, Robinson 30 0-4 6-10 9 3 2 6, Daniels 41 6-9 1-3 3 4 4 14, Porter 30 5-9 1-2 4 3 3 13, Ferry 12 1-3 0-0 4 1 1 2, Johnson 20 2-3 0-3 1 2 2 4, Walker 19 2-3 1-2 5 0 4 5, Kerr 4 0-0 0-0 0 0 0 0, Jackson 1 0-0 0-0 0 0 1 0. Totals 240 28-68 30-47 43 16 21 91.
Percentages: FG .412, FT .638. 3-Point Goals: 5-10, .500 (Porter 2-2, Anderson 2-6, Daniels 1-1, Ferry 0-1). Team Rebounds: 14. Blocked Shots: 5 (Duncan 2, Robinson, Porter, Anderson). Turnovers: 8 (Duncan 4, Robinson, Johnson, Porter, Anderson). Steals: 4 (Daniels 3, Anderson). Technical Fouls: None. Flagrant fouls: Johnson, 7:03 second. Illegal Defense: None.

MINNESOTA — Szczerbiak 36 4-15 2-2 8 2 0 10, Garnett 45 12-24 7-13 16 5 5 31, Nsterovic 12 0-1 0-0 5 1 4 0, Peeler 28 4-9 1-1 2 3 3 9, Brandon 46 4-13 1-2 5 8 2 9, Garrett 9 0-1 0-0 2 0 2 0, Billups 18 1-5 2-2 3 2 3 5, Day 10 2-6 1-1 1 3 3 6, Ellis 25 3-9 5-8 9 1 4 11, Mitchell 6 2-3 0-1 0 0 3 4, Slater 5 0-0 0-0 3 0 2 0. Totals 240 32-86 19-30 54 25 31 85.
Percentages: FG .372, FT .633. 3-Point Goals: 2-15, .133 (Billups 1-3, Day 1-5, Peeler 0-1, Garnett 0-2, Brandon 0-2, Ellis 0-2). Team Rebounds: 11. Blocked Shots: 3 (Garnett 2, Ellis). Turnovers: 10 (Garnett 4, Brandon 2, Szczerbiak 2, Billups, Peeler). Steals: 6 (Peeler 4, Garnett, Ellis). Technical Fouls: Coach Saunders, 7:41 third. Illegal Defense: None.

San Antonio 18 31 24 18—91

**Late Friday**
**Grizzlies 92, W...**

VANCOUVER — Long 26 1-4, Abdr-Rhm 43 12-17, Reeves 29 4-7, Dickerson 40 5-14, Bibby 37 7-11, Strickland 21 1-5, Mssnbung 18 3-5, Abdl-Rauf 11 3-7, Swift 15 2-3. Totals 240 38-73
Percentages: FG Goals: 6-13, .462 (... 3, Strickland 1-2, A... Rebounds: 8. Bloc... Turnovers: 17 (Bibb... Rahim 3, Long 2,... Swift 2, Bibby, M... Strickland). Techn... 1:19 third. Illegal...

GOLDEN STATE — Jackson 41 8-..., Jamison 45 8-..., Foyle 25 ..., Sura 32 6-..., Blaylock 30 1..., Cmmings 19 ..., Hughes 31 6..., Blount 13 ..., Keefe 4 ... Totals 240 3...
Percentages: Goals: 1-12, ..., 1, Sura 0-1, Cu... Team Rebound... son). Turnover... Jamison 3, Ja... es, Blount). ... Jamison, Ble... bidou, ... wasn't ... Sura). Techn... fense: None.

Vancouver ...
Golden Stat...
A—13,17...
Dick Bavett...

---

![Prince Marsh runs the anchor leg for Peekskill's winning 800-meter relay team Friday night. Marsh also won the 55-meter dash.]
*Peter Carr/The Journal News*

### SECTION 1 CLASS B TRACK AND FIELD

# Somers achieves biggest win of all

**Tuskers reign again with just one champion**

**Paul Suwan**
*The Journal News*

WEST POINT — Somers coach Roy Arnesen was cautiously optimistic about his boys team heading into Friday night's Section 1 Class B championships at Gillis Field House.

A week of vacation from school was beginning, so Arnesen didn't know exactly which athletes from other teams would be competing. He did know that none of his top performers, Jordan Rabidou, wasn't 100 percent after a bout with mononucleosis and that team captain Dave Messina wouldn't be available because of a high fever.

In the end, though, the Tuskers quieted their coach's concerns with a terrific team effort. The result was a third Class B indoor title in the last four seasons as Somers scored 77 points to 46 for runner-up Albertus Magnus and 44 for third-place Peekskill.

Pearl River won its 17th straight sectional title in the Class B girls race, putting up 144 points to 85 for Somers and 69 for Rye.

As for Arnesen's squad, it recorded just one win all night — senior Randie Gordon in the long jump with a leap of 20 feet, 2¾ inches — but scored points in all but four events to walk away with a well-earned victory. Gordon also placed second in the 55-meter dash, and Dave Bazzano had a pair of second-place finishes in the 55 hurdles and triple jump.

"We tried to make sure we had solid points in everything," a smiling Arnesen said after the meet. "Not everything went perfectly ... but (the kids) were super tonight."

Peekskill, which figured to contend for the Class B title with S... though. Instead, they focused on the 800 relay with their stacked team of Marsh, Marlon Lee, Kadeema Nelson and Harland Banks and easily won that event in 1:36.1. Marsh said he would likely forego an individual event at the state qualifier in two weeks to concentrate solely on Peekskill's 800 relay, which qualified for the state championships last season.

"I don't want to go to states and be eighth in the 300 or something like that," Marsh said. "I'd rather bring my team with me and win the 4x2."

Other local boys winners in the Class B meet included Hen Hud's Dan Matson in the pole vault with a clearance of 12-6; Rye's Rob Tillotson in the 1,600 with a time of 4:35.3; and Kennedy's 3,200 relay team of Paul Lucadelmo, Paul Wolpert, Billy Morris and Sean Dougherty, which clocked 8:35.1.

On the girls side, perhaps the top performance was turned in by Rye's Kirsten Jordan in the first event, the 1,500 racewalk. Jordan smashed the old meet record by more than 20 seconds with her state-leading 6:56.7 win.

The time was also just seven tenths of a second off Rye's school record, which is held by Jordan's mentor in the racewalk, former national champion Jamie Yedowitz.

"It's definitely eerie to have Jamie's times be as close to mine as they are," said Jordan, who's headed to the University of Wisconsin. "I still talk to her every once in a while. She'll always be my idol."

Strong efforts were also posted by Jordan's teammate Juliette Kenny, who won a controlled 1,000 in 3:10.6; by Byram Hills' Francine Ward, who won the 300 in 43.7 and was second in the 600 in 1:45.3; and by Somers' Kristen Boniello, who finished first in the high jump and on the 800 relay and took second in the long jump.

It was the Tuskers' boys team...

And no one stopping us... not Mt. Vernon, not Roosevelt... none of them!"

Those brash words belong to four of the fastest cats in Section 1, the four favorites to win the Section 1 800-meter relay: speedsters Prince Marsh, Marlon Lee, Kadeem Nelson and Harland Banks.

Those words were echoed simultaneously after the quartet breezed to victory at the League II-A meet at

Rockland Community College, where Somers nudged out Hendrick Hudson for the league crown Saturday by a mere 10 points while the Somers girls were running away with a league title of their own.

Barring a major slip up, the Red Devils will represent Section 1 in the 4x200 relay, my favorite track and field event of them all, because so many facets of an individual are tested in this event; timing, hand-eye, speed, burst, and teamwork. If Saturday was any indication, pack your bags for Syracuse come March 11 if you're a fan of the Prince, Kadeem, Harland and Marlon, because this is the real deal, and they'll be the first to tell ya' so.

The quartet will test the rest of the county on February 18 at the Westchester County Meet before the state qualifier on March 4.

The 1:33.2 they ran is about two seconds faster than anyone else, what with North Rockland checking in at 1:35.6, second best in the region last weekend.

What I can't believe, though, is the fact that Peekskill doesn't have a legit hurdler in this bunch. At least they didn't Saturday. Prince Marsh's Red Devs need to spread it out better to do some damage in the Class B tourney.

**Hen Hud's Siobhan Fogarty** cleared a PR 5'3" in the ladies high jump. To put that in perspective, you need to know that the boys high jump event was one by Marlon Lee at 5'8", and Fogarty's 5'3" would have been good enough for third place in the men's competition.

Speaking of Hen Hud, did you know the higher-ups put the ki-bash on the Sailors making a Friday night visit to Peekskill, so the Red Devs begrudgingly gave in and rescheduled their boys basketball game for 4:15 p.m. Friday. Can't say I blame the Hen Hud School Board's decision, based upon recent history between the two, but all hell broke loose last year in broad daylight. A beefed-up security force should be on hand.

**Did you know that the collective GPA** of the Yorktown High football team was 93.637 for the fall of 2000? Not bad for a pack of dumb jocks, huh?

...boys play very key roles in Mahopac's success, pushing the starters in practice and making a contribution when called upon. And Stern is the best they got at running the point. How else could the Indians be about the sixth of seventh best team in Section 1 Class A this season?

But the fact is they are all role players who will be replaced fittingly when their careers conclude. As well, anyone who knows anything about me knows where I stand on role players. You can't have enough of them. The really good ones are few and far between, and I understand Markoe has a host of them; those four included.

**Coach Henry Weltman's 9-9 Hornets**, I'm told, gave 16-1 Greeley fits in a 67-64 OT loss Friday; nearly handing the Quakers their second loss. Greeley, ranked No.9 in NYS, prevailed, avenging their only defeat, which came courtesy of Lakeland sophomore Tom Fazio's buzzer beater.

Now, I bring this up merely to make this point. The Hornets, yes my Hornets, are damn good, and the buzz on the street has them improving immensely next year; what with this 7-foot Russian rumored to be headed in their direction.

I haven't heard a rumor like that since Johnny Rottenkolber transferred in a week before my junior season back in the day. Let's hope the Russian kid got game, though.

**Kennedy's Sean Dougherty** was a man among boys in the distance events during the League I-A track field championships, cruising to three gold medals. Kid just blew the field away in the 1600 and 3200 meters only to run the final leg of the 3200-meter relay team in convincing fashion.

"Sean has stepped it up this season in a major way," JFK coach Chris Dossena said. "He has been a team leader and showed it by winning the 2 mile, the mile, and anchoring the 4 X 800 team. He is a great athlete and an even better person. All of his hard work is paying off. He will be running for Holy Cross next year, and I truly feel that they will be lucky to have him. I have been fortunate to coach him."

Something tells me this kid could put up major 10K run numbers for a long time to come, too.

**The Lakeland/Panas gymnasts** have won 73-straight dual meets, which is the new national record, and the Rebels will be looking to win their 15th consecutive Divisional and seventh-straight sectional title in the next couple of weeks.

Can you say dynasty?

"It remains to be seen," L/P coach John Roth said, "but we could be even better next year."

My God, will it ever end!

*Ray Gallagher is the Editor of the Sports Report.*

---

## NCN *SPORTS REPORT* WEEK 8 BOYS HOOP POLL

**No.1 KENNEDY** – The health of injured All-league guard James Gray is still in question for first round of sectionals for the 15-2 Gaels, ranked No.10 in NYS and a likely 2/3 seed in tourney in Class B.

**No.2 PEEKSKILL** – No.15 Red Devs lost to a darn good Kennedy team from the Bronx and look the 4-seed in Class B tourney.

**No.3 MAHOPAC** – Markoe might get some attention for League I-D Coach of the Year for 12-7 Indians, but this rookie boss in Poughkeepsie is getting it done in Po-town.

**No.4 PANAS** – Ossining has to want the 10-7 Panthers pretty badly this week.

**No.5 LAKELAND** – 9-9 Hornets nearly beat once-beaten Greeley for the second time this season.

**No.6 OSSINING** – 6-9 Indians lost in OT to Hamilton but shocked the hell out of the rich boys at Scarsdale.

**No.7 HEN HUD** – Avenged a loss to Beacon and hopes to get a seed higher than 14 in tourney.

**No.8 CROTON** – I'll take the Sailors by two over the 8-9 Tigers this Saturday, 60-58, provided they're healthy.

**No.9 YORKTOWN** – I can't make up any more excuses for recent tailspin. O.K. One more! I tripped and fell over the midcourt line the other day in that dungeon you call a gym. Get some lights lit, so the fella's can see the rims. You know I love you, Yorktown.

**No.10 JOHN JAY** – Need a big win for post-season confidence.

**No.11 BRIARCLIFF** – See John Jay

**No.12 SOMERS** – Break out the mitts and sticks.

*Ray Gallagher is behind this poll*

00 North County News   www.northcountynews.com

# EPORT • Commentary

## I do during a 4-hour blackout



*Peekskill 4x2 relay team; "Ain't no one beating us"*

**Chatty & bold,** the Peekskill 4-200-meter relay team of Harland Banks, Kadeem Nelson, Prince Marsh and Marlon Lee are on a mission to win both the sectional and NYS titles, and they ain't shy about saying so.

Sav might beg to differ, having taken down Somers last year.

Anyhow, there you have it. Amazing, maybe? But Somers, the top bananas, clearly comes out on top based upon this subjective and totally arbitrary five-point must system for the six major boys sports in the NCN region. Though, you could easily put more stock in the Class A schools, based upon the stricter competition. I'd do the girls programs, but the lights have come back on. Try this at home if you like and e-mail your results to rgallager@northcountynews.com. It's safe and pain-free for the most part...

**Listen! Peekskill's talking** the talk and walking the walk in my favorite track and field event — the 4x200.

"Ain't no one stopping us... not Mt. Vernon, not Roosevelt... none of them!"

Those brash words belong to four of the fastest cats in Section 1, the four favorites to win the Section 1 800-meter relay: speedsters Prince Marsh, Marlon Lee, Kadeem Nelson and Harland Banks.

Those words were echoed simultaneously after the quartet breezed to victory at the League II-A meet at

Rockland Community College, where Somers nudged out Hendrick Hudson for the league crown Saturday by a mere 10 points while the Somers girls were running away with a league title of their own.

Barring a major slip up, the Red Devils will represent Section 1 in the 4x200 relay, my favorite track and field event of them all, because so many facets of an individual are tested in this event; timing, hand-eye, speed, burst, and teamwork. If Saturday was any indication, pack your bags for Syracuse come March 11 if you're a fan of the Prince, Kadeem, Harland and Marlon, because this is the real deal, and they'll be the first to tell ya' so.

The quartet will test the rest of the county on February 18 at the Westchester County Meet before the state qualifier on March 4.

The 1:33.2 they ran is about two seconds faster than anyone else, what with North Rockland checking in at 1:35.6, second best in the region last weekend.

What I can't believe, though, is the fact that Peekskill doesn't have a legit hurdler in this bunch. At least they didn't Saturday. Prince Marsh's Red Devs need to spread it out better to do some damage in the Class B tourney.

**Hen Hud's Siobhan Fogarty** cleared a PR 5'3" in the ladies high jump. To put that in perspective, you need to know that the boys high jump event was one by Marlon Lee at 5'8", and Fogarty's 5'3" would have been good enough for third place in the men's competition.

Speaking of Hen Hud, did you know the higher-ups put the ki-bash on the Sailors making a Friday night visit to Peekskill, so the Red Devs begrudgingly gave in and rescheduled their boys basketball game for 4:15 p.m. Friday. Can't say I blame the Hen Hud School Board's decision, based upon recent history between the two, but all hell broke loose last year in broad daylight. A beefed-up security force should be on hand.

Did you know that the collective GPA of the York

The 8-2 Huskers were one of nine Section 1 teams to be named to the list of NYSPHSAA Fall 2000 Scholar/Athlete Team Award winners. And the only football team from the 12-team NCN region to make the grade. Dumb jock, huh.

**Perhaps, "Replaceable"** wasn't the word I should have used to describe Mahopac seniors Mike Stern (a starting point guard), Chad DeMarzo, Jon Rothstein and Dan Cross. I was merely making a point about the potentially grand future of coach Don Markoe's 12-7 Indians, who have a vast majority of their scoring contributions coming from a host of talented underclassmen.

Those four boys play very key roles in Mahopac's success, pushing the starters in practice and making a contribution when called upon. And Stern is the best they got at running the point. How else could the Indians be about the sixth of seventh best team in Section 1 Class A this season?

But the fact is they are all role players who will be replaced fittingly when their careers conclude. As well, anyone who knows anything about me knows where I stand on role players. You can't have enough of them. The really good ones are few and far between, and I understand Markoe has a host of them; those four included.

**Coach Henry Weltman's 9-9 Hornets,** I'm told, gave 16-1 Greeley fits in a 67-64 OT loss Friday; nearly handing the Quakers their second loss. Greeley, ranked No.9 in NYS, prevailed, avenging their only defeat, which came courtesy of Lakeland sophomore Tom Fazio's buzzer beater.

Now, I bring this up merely to make this point. The Hornets, yes my Hornets, are damn good, and the buzz on the street has them improving immensely next year; what with this 7-foot Russian rumored to be headed in their direction.

I haven't heard a rumor like that since Johnny Rottenkolber transferred in a week before my junior season back in the day. Let's hope the Russian kid got game, though.

**Kennedy's Sean Dougherty** was a man among boys in the distance events during the League I-A track field championships, cruising to three gold medals. Kid just blew the field away in the 1600 and 3200 meters only to run the final leg of the 3200-meter relay team in convincing fashion.

"Sean has stepped it up this season in a major way," JFK coach Chris Dossena said. "He has been a team leader and showed it by winning the 2 mile, the mile, and anchoring the 4 X 800 team. He is a great athlete and an even better person. All of his hard work is paying off. He will be running for Holy Cross next year, and I truly feel that they will be lucky to have him. I have been fortunate to coach him."

Something tells me this kid could put up major 10K run numbers for a long time to come, too.

**The Lakeland/Panas gymnasts** have won 73-straight dual meets, which is the new national record, and the Rebels will be looking to win their 15th consecutive Divisional and seventh-straight sectional title in the next couple of weeks. Can you say dynasty?

"It remains to be seen," L/P coach John Roth said, "but we