

Mr. Prince Allen Marsh
C/o Diana L. Kelly
434 Simpson Place
Peekskill New York 10566
(914) 613.7073/ (914) 384.5619

Honorable, Joseph J. Farnan Jr.
United States District Court
For the State of Delaware
844 King Street
Wilmington, Delaware 19801

Re: Prince A. Marsh vs. Delaware State University, ET, al Civ. 05.87 (JJF)

Dear Honorable, Joseph J. Farman

   Hoping this correspondence finds you in the Highest of Physical, Mental and Spiritual Wealth.
I am writing this letter seeking that your Honor consider the injunction allowing I Prince Allen Marsh to return to School this fall / winter semester of 2005 / 2006 as this case is before your court, for each day missed threatens my (and my child's) future. I am very enthusiastic about finishing my education and athletic endeavors. I apologize for I am not educated in the practice of Law. Therefore, I am not knowledgeable of the correct format in which to submit this request, but I have done so to the best of my present ability. I thank you for your time concerning this matter.

                         Respectfully,
                         Prince Allen Marsh

Student No: D10-08-6782      Date of Birth: ━━━        Date Issued: 19-AUG-2005
                                                       Page: OFFY

Record of: Prince A Marsh
Issued To: Diana L. Kelly
           434 Simpson Place
           Peekskill, NY 10566                         DELAWARE STATE UNIVERSITY

Course Level: Undergraduate
Current Major: Physical Education

| SUBJ NO. | COURSE TITLE | CRED | GRD | PTS R |
|---|---|---|---|---|

INSTITUTION CREDIT:

Fall 2001
| 0001 101 | ENGLISH COMPOSITION I | 3.00 | C | 6.00 |
| 0016 100 | LIFETIME FITNESS AND WELLNESS | 2.00 | C | 4.00 |
| 0016 191 | UNIV SEM I-HEALTH & HUM PERF | 1.00 | W | 0.00 E |
| 0025 101 | SURVEY OF MATH I | 3.00 | F | 0.00 E |
| 0034 204 | AFRO-AMER EXP FR 1865 | 3.00 | C | 6.00 |
| 0036 201 | INTRO TO GEN PSYCH I | 3.00 | C | 6.00 |

Ehrs: 9.00  GPA-Hrs: 12.00  Pts: 18.00  GPA: 1.50

Winterim 2002
| 0025 101 | SURVEY OF MATH I | 3.00 | A | 12.00 I |

Ehrs: 3.00  GPA-Hrs: 3.00  Pts: 12.00  GPA: 4.00

Spring 2002
| 0001 102 | ENGLISH COMPOSITION II | 3.00 | B | 9.00 |
| 0016 108 | PERSONAL & COMMUNITY HEALTH | 3.00 | D | 3.00 |
| 0016 111 | PHYS FITNESS COND. | 1.00 | B | 3.00 |
| 0016 192 | UNIV SEM II-H & H.P. | 1.00 | D | 0.00 E |
| 0023 101 | GENERAL BIOLOGY/LAB | 4.00 | F | 0.00 I |

Ehrs: 7.00  GPA-Hrs: 11.00  Pts: 15.00  GPA: 1.36

Summer 2002 Session I
| 0001 200 | SPEECH | 3.00 | A | 12.00 |
| 0025 102 | SURVEY OF MATH II | 3.00 | A | 12.00 |

Ehrs: 6.00  GPA-Hrs: 6.00  Pts: 24.00  GPA: 4.00

Fall 2002
| 0012 204 | PHILO. FOUNDATIONS OF EDUC. | 3.00 | C | 6.00 |
| 0016 113 | OUTDOOR LEISURE PURSUITS | 1.00 | B | 3.00 |
| 0016 253 | HIST. & PRINC.P.ED. | 3.00 | B | 9.00 |
| 0016 255 | MOTOR LEARNING | 3.00 | C | 6.00 |
| 0023 101 | GENERAL BIOLOGY/LAB | 4.00 | F | 0.00 E |

************* CONTINUED ON NEXT COLUMN ****************

| SUBJ NO. | COURSE TITLE | CRED | GRD | PTS R |
|---|---|---|---|---|

Institution Information continued:

Spring 2003
| 0016 108 | PERSONAL & COMMUNITY HEALTH | 3.00 | D | 3.00 |
| 0016 192 | UNIV SEM II-H & H.P. | 1.00 | C | 2.00 |
| 0016 252 | MSRMNT HLTH & HUMAN.PERF | 3.00 | A | 12.00 |
| 0016 256 | TECH & SKLS,GYM & TUMBLING | 1.00 | A | 4.00 |
| 0034 204 | AFRO-AMER EXP FR 1865 | 3.00 | W | 0.00 E |

Ehrs: 8.00  GPA-Hrs: 8.00  Pts: 20.00  GPA: 2.50

Summer 2003 Session I
| 0001 205 | AFRO AMERICAN LITERATURE I | 3.00 | A | 12.00 |
| 0010 101 | ELEMENTARY SPANISH I & LAB | 3.00 | B | 9.00 |

Ehrs: 6.00  GPA-Hrs: 6.00  Pts: 21.00  GPA: 3.50

Fall 2003
| 0001 206 | AFRO AMERICAN LITERATURE II | 3.00 | D | 3.00 |
| 0010 102 | ELEM SPAN II & LAB | 3.00 | C | 6.00 |
| 0012 112 | INSTRUCTIONAL TECH IN EDUC | 3.00 | B | 9.00 |
| 0016 201 | ANATOMY & PHYSIOLOGY I | 3.00 | C | 6.00 |
| 0016 353 | TEAM SPORTS | 3.00 | B | 9.00 |

Ehrs: 15.00  GPA-Hrs: 15.00  Pts: 33.00  GPA: 2.20

**************** TRANSCRIPT TOTALS ******************
|           | Earned Hrs | GPA Hrs | Points | GPA |
|---|---|---|---|---|
| TOTAL INSTITUTION | 64.00 | 71.00 | 167.00 | 2.35 |
| TOTAL TRANSFER    | 0.00  | 0.00  | 0.00   | 0.00 |
| OVERALL           | 64.00 | 71.00 | 167.00 | 2.35 |

********************* END OF TRANSCRIPT *********************