UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRINCE ALLEN MARSH, | : |
| | : CIVIL ACTION NO. 05-087 (JJF) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| DELAWARE STATE UNIVERSITY, DR. CHARLES SMITH, DREXEL BALL, KAY MOSES, and LOWAN PITT, | : |
| | : |
| Defendants. | : |
| | : |

## ORDER

AND NOW, this ____ day of September, 2005, it is hereby ORDERED that Defendants Motion for Enlargement of Time is GRANTED, and defendants shall file Response on the Merits of Plaintiff's Memorandum of Law in support of Plaintiff's Motion for Summary Judgment (D.I. 14), and Answers to Plaintiff's Complaint, on or before September 20, 2005.

_____
Joseph Farnan, U.S.D.J.

DOCS_DE 115356v1