Mr. Prince Allen Marsh
434 Simpson Place
Peekskill NY 10566

RECEIVED
SEP - 2005

The Honorable, Joseph J. Farman Jr.
United States District Court
For the State of Delaware
844 King Street
Wilmington, DE 19801

"Opposing the Defendants Motion for an extension."

Re: Prince A. Marsh (Prose) V. Delaware State University, ET, At Civ. 05.87(JJF)

Dear Honorable, Farman,

Hoping this Letter finds you in the Highest of well being. I am not educated in the practice of Law. Therefore, I submit this letter and seek to convey to the best of my ability. I spoke to the attorney for Delaware State University on September 1, 2005 after receiving a message he had called August 31, 2005 in the evening. During the conversation, Mr. Frank Nodd inquired if I was willing to extend his client Delaware State University an extension to reply I informed him that I was not willing to do so. I wanted to bring this to your attention. Furthermore, I oppose granting them an extension for they have had more than sufficient time to retain counsel. This is the same type of carelessness I have continued to experience in my attempts at communicating and seeking to have them acknowledge my final appeal prior to filing this case in court.

Extending them additional time further delays this case, my life my ability to continue my education. Although I submitted an injunction seeking to return to school while this case is before your court. I thank you for your time concerning this matter.

Mr. Prince Allen Marsh

*Prince A. Marsh*