# White and Williams LLP 

*824 N. Market Street, Suite 902*  
*P.O. Box 709*  
*Wilmington, DE 19899-0709*  
*Phone: 302.654.0424*  
*Fax: 302.654.0245*

*Frank E. Noyes, II*  
*Counsel*  
*Direct Dial: 302.467.4511*  
*Direct Fax: 302.467.4556*  
*noyesf@whiteandwilliams.com*

October 3, 2005

**By Hand**

The Honorable Joseph J. Farnan, Jr.  
U. S. District Court for the District of Delaware  
844 N. King Street  
Room 4209  
Lock Box 18  
Wilmington, DE 19801

Re: **Prince Allen Marsh v. Delaware State University, *et al*.**  
**C. A. No. 05-087 (JJF)**  
**W and W File No. 18310-D10**

Dear Judge Farnan:

On August 31, 2005, the undersigned entered his appearance on behalf of all Defendants in the above matter and filed a Motion for Enlargement of Time to Respond to Plaintiff's Motion for Summary Judgment and Answer to Plaintiff's Complaint. Plaintiff filed a letter indicating he opposed Defendants' motion on September 8, 2005. (Due to some apparent confusion, the wrong document was electronically served on the undersigned). I am available at the Court's convenience to be heard in connection with Defendants' motion. The proposed Order submitted with Defendants' motion specifies that responses to the summary judgment motion and the Complaint are to be filed on or before September 20, 2005. Defendants respectfully modify that request to provide twenty (20) days from the date of entry of an Order within which to file these responses.

Respectfully submitted,

WHITE AND WILLIAMS LLP

By: _____  
Frank E. Noyes, II

FEN:jm

cc: Prince Allen Marsh (First Class Mail)

*Allentown, PA • Berwyn, PA • Cherry Hill, NJ • New York, NY*  
*Paramus, NJ • Philadelphia, PA • Pittsburgh, PA • Wilmington, DE*

DOCS_DE 116330v1