# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

November 2, 2005

Prince Allen Marsh, Pro Se
434 Simpson Place
Peekskill, NY 10566

Frank E. Noyes, II, Esquire
White & Williams
P. O. Box 709
Wilmington, DE 19899-0709

RE:    Marsh v. Delaware State University, et al.
       Civil Action No. 05-087 JJF

Dear Plaintiff and Counsel:

Pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16.2, the Court requests that Plaintiff and counsel confer and submit to the Court a Proposed Pretrial Scheduling Order on or before **Monday, November 21, 2005**.

Enclosed is a sample form of Order which should serve as a basis for your discussions. When discussing the schedule of this matter, please account for all the events that can adversely affect your preparation for the trial. If either party believes that a conference with the Court is needed, please direct any requests or questions regarding the scheduling and management of the above matter to Case Manager Debbie Krett at (302) 573-6168.

Sincerely,

JOSEPH J. FARNAN, JR.

JJFjr:dk
Enclosure
cc: Clerk, U.S. District Court