⬥AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

___for the___ DISTRICT OF ___Delaware___

Marsh v. Delaware State University, et. al.

**EXHIBIT AND WITNESS LIST**

Case Number: 05-87

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Farnan | Prince A. Marsh, Pro Se | Frank E. Noyes, II, Esq. |
| TRIAL DATE(S) Hearing 12/1/05 | COURT REPORTER Heather/Hawkins | COURTROOM DEPUTY Rosemary |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/1/05 | ✓ | ✓ | Handbook Policy pg. 94-113 |
| 2 | | " | ✓ | ✓ | "           "        pg. 114-138 |
| 3 | | " | ✓ | ✓ | Letters sent by Marsh (4 letters) |
| 4 | | " | ✓ | ✓ | Newspaper Articles |
| | 1 | " | ✓ | ✓ | Packet from Delaware State University |
| | 2 | " | ✓ | ✓ | Ltr from DSU to Lincoln University |
| | 3 | " | ✓ | ✓ | Ltr from DSU to Cortland University |
| | 4 | " | ✓ | ✓ | Violation Form, Student Judicial System |
| | | | | | Prince A. Marsh - witness for Plaintiff |
| | | | | | Kay Moses - witness for Defendant |
| | | | | | Lowan Pitt - witness for Defendant |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages