# White and Williams LLP 

824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302.654.0424
Fax: 302.654.0245

*Frank E. Noyes, II*
*Counsel*
*Direct Dial: 302.467.4511*
*Direct Fax: 302.467.4556*
*noyesf@whiteandwilliams.com*

December 12, 2005

**VIA E-FILE AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
 for the District of Delaware
844 N. King Street
Wilmington, DE 19801

  **RE: Prince Allen Marsh v. Delaware State University, et al.**
    **C. A. No. 05-087 JJF**

Dear Judge Farnan:

  Following the hearing before Your Honor last week, I consulted with the plaintiff briefly regarding a proposed schedule. Enclosed please find a proposed schedule with dates that we agreed on. We are available at the convenience of the Court if you have any questions.

               Respectfully yours,

               WHITE AND WILLIAMS LLP

          By: *[signature]*
             Frank E. Noyes, II

FEN:kab
Enclosure

cc: Mr. Prince Allen Marsh (w/enc.)