

*Mr. Prince Allen Marsh*
*434 Simpson Place*
*Peekskill N.Y 10566*

December 2, 2005

Re; Civ. No. 05-087-JJF

Honorable, Joseph J. Farman
Kaleb Boggs Federal Building
The United States District Court
For the District of Delaware
844 King Street
Wilmington, Delaware

Dear Judge Farman,

    Hoping this correspondence finds you in the highest of well being. I am writing this letter as an addition to the argument concerning the injunction which took place in your court on December 1, 2005. During the court proceeding due to just the nature of bringing my case to your court was an experience and although I was not prepared to argue my case I am thankful because my experience is that it is a part of my mental and emotional healing for my experience with this issue has had its toll on me personally, but as I reviewed in my mind being in court I left there feeling that I didn't make a point clear. when I was pulled over prior to the arrest the officer found drugs in the jacket I was wearing, the Jacket I wore did not belong to me. Prior to going to the store I and a few other male students from Delaware state whom where also on campus prior to classes starting, there was about ten of us playing basketball in the gym, and being teenagers we had on the same jackets, I mistakenly picked up the wrong jacket, and didn't know the drugs or paraphnilia was in the

pocket until the officer searched my pockets, actually as I think about it I remember emptying my own pockets when it was discovered, I had nothing to hide from the officers for I knew I didn't have any thing to get me into trouble in my pockets. This is what I wanted to say that I feel I wasn't clear on in my statements. Furthermore, you asked for the name of the attorney his name is Kevin Howard, 502 South State Street, Dover, Delaware 19901. Phone * (302 672-5600.

I Thank you for your time concerning this matter.

Respectfully yours,

Prince Allen Marsh