Mr. Prince A. Marsh
434 Simpson Place
Peekskill N.Y. 10566.

Honorable, Joseph J. Farnan.
Kaleb Boggs Federal Building
The United States District Court.
for the District of Delaware
844 King sT.
Wilmington, Delaware 199

19801+3519