IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PRINCE ALLEN MARSH,      :
                         :
         Plaintiff,      :
                         :
     v.                  : Civ. Act. No. 05-00087-JJF
                         :
DELAWARE STATE UNIVERSITY,:
DR. CHARLES SMITH, DREXEL :
BALL, KAY MOSES, LOWAN PITT, :
                         :
         Defendants.     :

### O R D E R

At Wilmington, this 19 day of January 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Plaintiff's Motion For A Preliminary Injunction (D.I. 6) is **DENIED**.

_____
UNITED STATES DISTRICT JUDGE