IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRINCE ALLEN MARSH, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-87-JJF |
| DELAWARE STATE UNIVERSITY, DR. CHARLES SMITH, DREXEL BALL, KAY MOSES, and LOWAN PITT, | : |
| Defendants. | : |

### ORDER

At Wilmington this **9th** day of **February, 2006**.

IT IS ORDERED that a teleconference has been scheduled for **Thursday, February 23, 2006 at 10:00 a.m.** with Magistrate Judge Thynge to discuss the status of the case. **Defense counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE