IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PRINCE ALLEN MARSH,                :
                                   :
         Plaintiff,                :
                                   :
   v.                              : Civ. Act. No. 05-00087-JJF
                                   :
DELAWARE STATE UNIVERSITY,         :
DR. CHARLES SMITH, DREXEL          :
BALL, KAY MOSES, LOWAN PITT,       :
                                   :
         Defendants.               :

## O R D E R

WHEREAS, Plaintiff has filed a Motion For Summary Judgment (D.I. 13) pursuant to Federal Rule of Civil Procedure 56(a);

WHEREAS, discovery has not yet been completed in this case, and Plaintiff's Motion For Summary Judgment is premature;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion For Summary Judgment (D.I. 13) is **DENIED**.

2/24/06
Date

UNITED STATES DISTRICT JUDGE