# White and Williams LLP

**WW**

824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302.654.0424
Fax: 302.654.0245

Frank E. Noyes, II
Counsel
Direct Dial: 302.467.4511
Direct Fax: 302.467.4556
noyesf@whiteandwilliams.com

February 27, 2006

**Via E-File and Hand Delivery**

The Honorable Mary Pat Thynge
Magistrate Judge
U.S. District Court
  for the District of Delaware
844 N. King Street
Lock Box 8
Wilmington, DE 19801

RE: **Prince Allen Marsh v. Delaware State University, et al.**
C. A. No. 05-087 JJF

Dear Magistrate Judge Thynge:

Following the scheduled follow-up conference call with Your Honor last Thursday at 10:00 a.m, this will confirm that on the day of the conference call, I was unable to contact Mr. Marsh because his telephone number was not in service. I had successfully left a message at that phone number earlier in the week, and have reached Mr. Marsh several times previously at that number, but on Thursday it was not working. Further, I have tried it several times since then and it is still not working. I am therefore copying Mr. Marsh on this letter with a request that he contact me at my office number.

Despite Mr. Marsh's unavailability, I did report briefly to you that Delaware State University (DSU) was willing to consider an application for re-admission from Mr. Marsh for the spring 2007 term, which begins in January 2007. I further reported that we would be in touch with Mr. Marsh concerning the re-application process. I also stated that DSU intends to consider any re-application from Mr. Marsh strictly on its merits, with no preference given due to the fact that he has sued DSU. DSU would require verification that Mr. Marsh has not engaged in any criminal activity since January 2004, and would want a very clear understanding that if he is re-admitted, there will be a strict condition attached that he not be involved in any further criminal behavior.

Delaware State also has some suggestions and recommendations for Mr. Marsh that will strengthen his credentials, the primary of which is that he take a few classes at a local community college in order to raise his grade point average. There are likely several sessions available

The Honorable Mary Pat Thynge
February 27, 2006
Page 2

between now and when applications are due for the spring 2007 term at a school near where Mr. Marsh is living. We can discuss with Mr. Marsh in more detail the process for re-applying to Delaware State, if he will re-establish contact with me.

    In light of these developments, and Mr. Marsh's letter asking to delay this case for a period of time, we respectfully believe it would not be productive to schedule a formal mediation session with you. However, should there appear to be some advantage to be gained in having a neutral third party get involved in talking with the parties, we will reserve the right to request that you be available by telephone.

                                                                                     Respectfully yours,

                                                                                     WHITE AND WILLIAMS LLP

By: Frank E. Noyes, II

FEN:kab

cc:    Honorable Joseph J. Farnan (by e-filing)
        Prince Allen Marsh (by first class mail)