*Prince A Marsh*
*434 Simpson Place*
*Peekskill NY 10566*



*April 19, 2006*

*The Honorable Mary Pat Thynge*
*Magistrate Judge*
*U.S District of Delaware*
*844 King Street*
*Wilmington, DE 19801*

*Re: Prince Allen Marsh vs.*
*State University, et*
*al. C.A. No. 05-087 JJF*

*Dear Honorable Thynge,*

*Hoping this correspondence finds you in the highest of Well being. Please accept my apology for the time it has taken to get back to you and Mr. Noyes. I am dealing with a family issue at which time my mother has been sick and hospitalized and I have had to care for my youngest sister and my seven year old son.*

*It has been overwhelming, my address is the same is the same and my contact phone number is (914 739-0745 or (914 384-5619. My mother filed this case on my behalf she is presently unable to guide me through this process. Due to her extended hospitalization. Therefore, if I may I am requesting council. Please instruct me on how I apply.*

*I thank you and look forward to hearing from you shortly.*

*Respectfully, submitted*
*Prince A. Marsh*