IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRINCE ALLEN MARSH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 05-087 (JJF) |
| v. | ) |
| | ) |
| DELAWARE STATE UNIVERSITY, DR. | ) |
| CHARLES SMITH, DREXEL BALL, KAY | ) |
| MOSES, and LOWAN PITT, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## SUBSTITUTION OF COUNSEL

**PLEASE WITHDRAW** the appearance of Frank E. Noyes, II, Esquire, on behalf of defendants, Delaware State University, Dr. Charles Smith, Drexel Ball, Kay Moses and Loan Pitt.

**PLEASE ENTER** the appearance of Marc S. Casarino, Esquire on behalf of defendants, Delaware State University, Dr. Charles Smith, Drexel Ball, Kay Moses and Loan Pitt.

WHITE AND WILLIAMS LLP

Frank E. Noyes, II (#3988)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

WHITE AND WILLIAMS LLP

Marc S. Casarino (#3613)
824 N. Market Street, Suite 902
P. O. Box 709
Wilmington, DE 19899-0709

Dated: August 24, 2006

DOCS_DE 129959v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRINCE ALLEN MARSH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DELAWARE STATE UNIVERSITY, DR. )<br>CHARLES SMITH, DREXEL BALL, KAY )<br>MOSES, and LOWAN PITT, )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 05-087 (JJF) |

## CERTIFICATE OF SERVICE

I, Marc S. Casarino, Esquire, do hereby certify that on this 24th day of August, 2006, two (2) copies of the foregoing **SUBSTITUTION OF COUNSEL** were delivered by U.S. mail to the following party:

    Prince Allen Marsh
    434 Simpson Place
    Peekskill, NY  10566

                                      WHITE AND WILLIAMS LLP

By: _/s/ Marc S. Casarino_
                                   Marc S. Casarino (#3613)
                                   824 North Market Street, Suite 902
                                   P. O. Box 709
                                   Wilmington, DE  19899-0709
                                   (302) 467-4520