# White and Williams LLP

*824 N. Market Street, Suite 902*
*P.O. Box 709*
*Wilmington, DE 19899-0709*
*Phone: 302.654.0424*
*Fax: 302.654.0245*

*Marc S. Casarino*
*Direct Dial: 302.467.4520*
*Direct Fax: 302.467.4550*
*casarinom@whiteandwilliams.com*

September 15, 2006

**VIA E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
 for the District of Delaware
844 N. King Street
Lock Box 27
Wilmington, DE 19801

    **RE: Prince Allen Marsh v. Delaware State University**
          **Case No. 05-087 JJF**

Dear Judge Farnan:

    I represent the defendant Delaware State University in this matter. The plaintiff, Prince Allen Marsh, is *pro se*. First, I apologize that a pretrial stipulation and order was not timely submitted thereby requiring the rescheduling of the pretrial conference. I have advised Mr. Marsh that the pretrial conference on September 14, 2006 was cancelled and will be rescheduled to a date to be determined. I will take the lead on preparing the pretrial stipulation and order and assist Mr. Marsh to the extent appropriate to promptly have said stipulation and order submitted for Your Honor's consideration.

    I am available at the convenience of the Court for further discussion, as necessary.

                      Respectfully yours,

                      WHITE AND WILLIAMS LLP

                      By: /s/ Marc S. Casarino
                          Marc S. Casarino

MSC:kab

cc: Mr. Prince Allen Marsh