IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRINCE ALLEN MARSH, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-087-JJF |
| DELAWARE STATE UNIVERSITY, DR. CHARLES SMITH, DREXEL BALL, KAY MOSES, and LOWAN PITT, | : |
| Defendants. | : |

### O R D E R

WHEREAS, the Court cancelled the September 14, 2006 Pretrial Conference to allow the parties additional time to prepare their Proposed Pretrial Order as required;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Pretrial Conference will be held on **Thursday, November 9, 2006 at 11:00 a.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

2) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel should be available during the 120 day period for trial.

September 18, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE