# White and Williams LLP

**WW**

824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302.654.0424
Fax: 302.654.0245

Marc S. Casarino
Direct Dial: 302.467.4520
Direct Fax: 302.467.4550
casarinom@whiteandwilliams.com

November 3, 2006

**VIA E-FILING and HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
 for the District of Delaware
844 N. King Street
Lock Box 27
Wilmington, DE 19801

> RE: **Prince Allen Marsh v. Delaware State University**
> **Case No. 05-087 JJF**

Dear Judge Farnan:

I represent the defendant Delaware State University in this matter. The plaintiff, Prince Allen Marsh, is *pro se*. On September 26, 2006, I forwarded to Mr. Marsh the defendant's proposed Pretrial Stipulation, jury instructions and verdict sheet. On November 2, 2006, Mr. Marsh advised by telephone that he intends to make similar submissions to the Court, however, it is uncertain when such submission will be made, if at all. Thus, to avoid a second rescheduling of the Pretrial Conference due to a late submission, I am forwarding herewith defendant's portion of the Pretrial Stipulation, jury instructions and verdict sheet. These documents conform to the versions submitted over one month ago to Mr. Marsh for review and comment.

I am available at the convenience of the Court for further discussion, as necessary.

Respectfully yours,

WHITE AND WILLIAMS LLP

By: *[signature]*
Marc S. Casarino

MSC:kab
Enclosures

cc: Mr. Prince Allen Marsh

*Allentown, PA • Berwyn, PA • Cherry Hill, NJ*
*New York, NY • Paramus, NJ • Philadelphia, PA • Pittsburgh, PA*

WILDMS 137753v.1