IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRINCE ALLEN MARSH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 05-087 (JJF) |
| v. | ) |
| | ) |
| DELAWARE STATE UNIVERSITY, DR. CHARLES SMITH, DREXEL BALL, KAY MOSES, and LOWAN PITT, | ) ) ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANTS' PROPOSED SPECIAL VERDICT FORM**

As part of your deliberations, please answer the following questions:

1. Has plaintiff proven by a preponderance of the evidence that he was deprived of his right to a trial by jury with respect to the Zero Tolerance Subcommittee hearing by any of the following persons?

    (a)    Dr. Charles Smith

          Yes _____    No _____

    (b)    Drexel Ball

          Yes _____    No _____

    (c)    Kay Moses

          Yes _____    No _____

    (d)    Lowan Pitt

          Yes _____    No _____

-2-

2. Has plaintiff proven by a preponderance of the evidence that he was subjected to cruel and unusual punishment with respect to the Zero Tolerance Subcommittee hearing by any of the following persons?

    (a)    Dr. Charles Smith

           Yes _____        No _____

    (b)    Drexel Ball

           Yes _____        No _____

    (c)    Kay Moses

           Yes _____        No _____

    (d)    Lowan Pitt

           Yes _____       No _____

3. Has plaintiff proven by a preponderance of the evidence that he was deprived of due process with respect to the Zero Tolerance Subcommittee hearing by any of the following persons?

    (a)    Dr. Charles Smith

           Yes _____        No _____

    (b)    Drexel Ball

           Yes _____       No _____

    (c)    Kay Moses

           Yes _____        No _____

    (d)    Lowan Pitt

           Yes _____        No _____

WILDMS 130975v.1

4. Has plaintiff proven by a preponderance of the evidence that his race as an African-American was a motivating factor with respect to the decision rendered from the Zero Tolerance Subcommittee hearing by any of the following persons?

    (a)    Dr. Charles Smith

           Yes _____        No _____

    (b)    Drexel Ball

           Yes _____        No _____

    (c)    Kay Moses

           Yes _____       No _____

    (d)    Lowan Pitt

           Yes _____       No _____

[If you answered "Yes" to any of the above questions, go to question 5. If you answered "No" to all of the above questions, your deliberations are ended and you may stop here.]

5. What dollar amount will fairly compensate plaintiff for the losses suffered by him as a result of the violation of his rights?

$ _____

[Go to question 6.]

6. Do you find that any of the individual defendants acted recklessly, intentionally or maliciously with respect to plaintiff?

           Yes _____       No _____

If you answered "Yes," and you wish to exercise your discretion to award punitive damages, enter below what you believe to be the amount of punitive damages which you believe is appropriate to punish and deter each defendant's illegal conduct.

-4-

    Dr. Charles Smith        $ _____

    Drexel Ball             $ _____

    Kay Moses             $ _____

    Lowan Pitt             $ _____

[Your deliberations have now ended.]

THE FOREGOING IS THE VERDICT OF THE JURY.  EACH JUROR MUST SIGN BELOW.

_____      _____
Foreperson                                  Juror

_____      _____
Juror                                       Juror

_____      _____
Juror                                       Juror

_____      _____
Juror                                       Juror

Dated: _____