# White and Williams LLP

*824 N. Market Street, Suite 902*
*P.O. Box 709*
*Wilmington, DE 19899-0709*
*Phone: 302.654.0424*
*Fax: 302.654.0245*

*Marc S. Casarino*
*Direct Dial: 302.467.4520*
*Direct Fax: 302.467.4550*
*casarinom@whiteandwilliams.com*

November 13, 2006

**VIA E-FILING and HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
 for the District of Delaware
844 N. King Street
Lock Box 27
Wilmington, DE 19801

      RE:  **Prince Allen Marsh v. Delaware State University**
             **Case No. 05-087 JJF**

Dear Judge Farnan:

      I represent the defendant Delaware State University in this matter. The plaintiff, Prince Allen Marsh, is *pro se*. At the November 9, 2006 pretrial conference Mr. Marsh submitted to the Court certain additions to the pretrial stipulation and order. I have incorporated Mr. Marsh's submission, word for word and without alteration, into the appropriate sections of the pretrial stipulation and order that my office prepared. A final version of the pretrial stipulation and order incorporating Mr. Marsh's portion is attached for Your Honor's consideration.

      I have signed the attached pretrial stipulation and order on behalf of the University. I respectfully suggest that Mr. Marsh sign the pretrial stipulation and order at an appropriate time before the start of trial. I am simultaneously sending a copy of this pretrial stipulation and order to the Clerk's office and to Mr. Marsh. I am available at the convenience of the Court for further discussion, as necessary.

                                                Respectfully yours,

                                                WHITE AND WILLIAMS LLP

                                        By: *[signature]*
                                            Marc S. Casarino

MSC:kab
Enclosures

cc:    Mr. Prince Allen Marsh