IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRINCE ALLEN MARSH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 05-087 (JJF) |
| v. ) | |
| ) | |
| DELAWARE STATE UNIVERSITY, DR. ) | |
| CHARLES SMITH, DREXEL BALL, KAY ) | TRIAL BY JURY REQUESTED |
| MOSES, and LOWAN PITT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION BY DEFENDANTS FOR JUDGMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56(b)

Defendants, Delaware State University, Dr. Charles Smith, Drexel Ball, Kay Moses and Lowan Pitt, move for judgment in their favor and against Plaintiff, Prince Allen Marsh, pursuant to Federal Rule of Civil Procedure 56(b) and for the reasons set forth within the Opening Brief filed contemporaneously herewith.

Respectfully submitted,

WHITE AND WILLIAMS LLP

By: _____
Marc S. Casarino (#3613)
824 N. Market Street, Suite 902
P. O. Box 709
Wilmington, DE 19899-0709
Telephone:    302-467-4520
Facsimile:     302-467-4550
casarinom@whiteandwilliams.com

*Attorneys for Defendants*

WILDMS 138478v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRINCE ALLEN MARSH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 05-087 (JJF) |
| v. | ) |
| | ) |
| DELAWARE STATE UNIVERSITY, DR. CHARLES SMITH, DREXEL BALL, KAY MOSES, and LOWAN PITT, | ) ) ) |
| | ) |
| Defendant. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I, Marc S. Casarino, Esquire, do hereby certify that on this 30th day of November, 2006, two (2) copies of the foregoing **Motion by Defendants for Judgment Pursuant to Federal Rule of Civil Procedure 56(b)** were delivered by U.S. mail to the following party:

> Prince Allen Marsh
> 434 Simpson Place
> Peekskill, NY  10566

Respectfully submitted,

WHITE AND WILLIAMS LLP

By: _____
Marc S. Casarino (#3613)
824 N. Market Street, Suite 902
P. O. Box 709
Wilmington, DE  19899-0709
Telephone:   302-467-4520
Facsimile:    302-467-4550
casarinom@whiteandwilliams.com

*Attorneys for Defendants*

WILDMS 138478v.1