# White and Williams LLP                                                    WW

*824 N. Market Street, Suite 902*  
*P.O. Box 709*  
*Wilmington, DE 19899-0709*  
*Phone: 302.654.0424*  
*Fax: 302.654.0245*

*Marc S. Casarino*  
*Direct Dial: 302.467.4520*  
*Direct Fax: 302.467.4550*  
*casarinom@whiteandwilliams.com*

December 22, 2006

**VIA E-FILING and HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.  
United States District Court  
 for the District of Delaware  
844 N. King Street  
Lock Box 27  
Wilmington, DE 19801

 RE:  **Prince Allen Marsh v. Delaware State University**  
   **Case No. 05-087 JJF**

Dear Judge Farnan:

   I represent the defendant Delaware State University in this matter. The plaintiff, Prince Allen Marsh, is *pro se*. On behalf of the defendant, I filed a motion for summary judgment. Plaintiff's deadline to respond to the motion was December 18, 2006. I have received no response to the motion. I delayed sending this notice for several days in the event plaintiff mailed a response. I confirmed by review of the docket this morning that plaintiff did not file a response with the Court.

   Accordingly, the motion is ripe for decision and we respectfully request that the Court consider the motion unopposed. I am available at the convenience of the Court for further discussion, as necessary.

                                    Respectfully yours,

                                    WHITE AND WILLIAMS LLP

                                    By: /s/ Marc S. Casarino
                                         Marc S. Casarino

MSC:kab  
cc:  Mr. Prince Allen Marsh