

Mr. Prince Allen Marsh
434 Simpson Place
Peekskill New York 10566

January 1, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Court
For the District of Delaware
844 N. King Street
Lock Box 27
Wilmington, Delaware 19801

Re: Prince Allen Marsh vs. Delaware State University
    Case No. 05-087 JJF

Dear Honorable Judge Farnan

May this correspondence find you in the up most of health.
Please accept my apologies for the initial time it has taken for me to respond to the defendant's motion at the present time I require additional time to respond. Therefore I am requesting an extension.
My mother has fallen ill in addition my grandmother had a stroke and I am the only financial support for my family. I barely have time to sleep taking care of my children, mother and managing the household.
I would greatly appreciate the most amount of time you can afford me to continue research pertaining to the case against Delaware State University. I am sure your honor can appreciate that the defendant has an attorney whom is educated in the practice of law and I as a pro Se litigant am not.

I would greatly appreciate information on how I go about requesting counsel to review and expedite this case that it may be fair and just.
If you'd care to you may contact me at home (914 739-0745 or (914 557 0745 cellular phone.)

I look forward to hearing from your Honor .

                                        Respectfully Submitted,
                                        Prince A. Marsh

Mr. Prince A. Marsh
434 Simpson Place
Peekskill N.Y. 10566

WESTCHESTER NY 105
02 JAN 2007 PM 2 T

The Honorable Joseph J. Farnan Jr.
United States District Court
for the District of Delaware
844 N. King Street
Lock Box 27
Wilmington, DE, 19801