IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PRINCE ALLEN MARSH,                    :
                                       :
          Plaintiff,                   :
                                       :
     v.                                :   Civil Action No. 05-087-JJF
                                       :
DELAWARE STATE UNIVERSITY,             :
DR. CHARLES SMITH, DREXEL              :
BALL, KAY MOSES and LOWAN              :
PITT,                                  :
                                       :
          Defendants.                  :

### O R D E R

WHEREAS, Plaintiff's response to Defendants' Motion For Summary Judgment (D.I. 45) was due December 18, 2006;

WHEREAS, Plaintiff failed to file a timely response, but filed a letter (D.I. 48) dated January 1, 2007, requesting the appointment of counsel and an extension of time to respond to Defendants' Motion For Summary Judgment;

WHEREAS, the Court has previously concluded that the appointment of counsel is not warranted (D.I. 38), and the Court finds no reason to reconsider its previous ruling on this question;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.   Plaintiff's letter request (D.I. 48) for an extension of time is **GRANTED**.  Plaintiff's Answering Brief to Defendants' Motion shall be filed **no later than Tuesday, January 30, 2007.** If Plaintiff fails to timely file his Answering Brief, the Court shall proceed to adjudicate Defendants' Motion based upon the papers before it.

2.   Any Reply Brief filed by Defendants shall be filed **within five (5) days** of the receipt of any Answering Brief filed by Plaintiff.

3.   Plaintiff's letter request (D.I. 48) for the appointment of counsel is **DENIED**.

4.   The Trial scheduled to commence on Tuesday, January 30, 2007 is **CANCELED**.

_January 10, 2007_  
DATE

_/s/ Joseph J. Farnan_  
UNITED STATES DISTRICT JUDGE