IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRINCE ALLEN MARSH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 05-087 (JJF) |
| v. | ) |
| | ) |
| DELAWARE STATE UNIVERSITY, DR. | ) |
| CHARLES SMITH, DREXEL BALL, KAY | ) TRIAL BY JURY REQUESTED |
| MOSES, and LOWAN PITT, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF COMPLETION OF BRIEFING

On November 30, 2006, the Defendants filed their Motion by Defendants for Judgment Pursuant to Federal Rule of Civil Procedure 56(b) (the "**Motion**") together with their Opening Brief in support of the Motion. Following an extension of time granted by the Court, Plaintiff filed his Brief in Opposition to the Motion on or about January 30, 2007. On February 1, 2007, the Defendants filed their Reply Brief in support of the Motion.

The pleadings with respect to the Motion are closed and the Motion is ripe for decision. Counsel remains available at the convenience of the Court to discuss the Motion or any other matter involved herein.

Respectfully submitted,

WHITE AND WILLIAMS LLP

By: _____
Marc S. Casarino (#3613)
824 N. Market Street, Suite 902
P. O. Box 709
Wilmington, DE 19899-0709
Telephone: 302-467-4520
Facsimile: 302-467-4550
casarinom@whiteandwilliams.com
*Attorneys for Defendants*

WILDMS 140794v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRINCE ALLEN MARSH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 05-087 (JJF) |
| v. ) | |
| ) | |
| DELAWARE STATE UNIVERSITY, DR. ) | |
| CHARLES SMITH, DREXEL BALL, KAY ) | |
| MOSES, and LOWAN PITT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I, Marc S. Casarino, Esquire, do hereby certify that on this 1st day of February, 2007, two (2) copies of the foregoing **Notice of Completion of Briefing** were delivered by U.S. mail to the following party:

>Prince Allen Marsh
>434 Simpson Place
>Peekskill, NY 10566

Respectfully submitted,

WHITE AND WILLIAMS LLP

By: _____
Marc S. Casarino (#3613)
824 N. Market Street, Suite 902
P. O. Box 709
Wilmington, DE 19899-0709
Telephone: 302-467-4520
Facsimile: 302-467-4550
casarinom@whiteandwilliams.com

*Attorneys for Defendants*

WILDMS 140794v.1