Mr. Prince Allen Marsh
434 Simpson Place
Peekskill New York 10566



January 26, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Court
For the Southern District of Delaware
844 King Street
Lock Box 27
Wilmington, Delaware 19801

Re: Prince Allen Marsh vs. Delaware State University
    Case No. 05-087 JJF

Dear Honorable Farnan,

May this answer to the defendant's motion to Dismiss find you in the up most of health and wealth. As you are aware I am not educated in the practice of law. I plead with this Court to Honor my request for counsel unlike an educated practicing lawyer I am not afforded the ability to practice law on a daily basis where the practice of law is my career and I am afforded the eight plus hours a day to do so.

I am being prejudiced to first have my constitutional guarantees as a United states Citizen violated and then not being properly represented to defend my self. The Issue which has been brought before your Honor as to do with my life and liberties and the pursuit of happiness being ceased due to the practices exercised by Delaware State University ,staff and employees.
As an American Citizen and the process of life education is a much realized process of liberties toward pursuing Life and happiness.

As DSU denied me this opportunity it set the time and era back to times of slavery to that of my great grand father and those before him. This is a intricate part of why generations died and suffered immense pain and degradation for the ability to be educated that they could be granted the ability for them and the future generations to have access to every mans God given right to be treated equally in the pursuit of a prosperous and

*healthy life as an American citizen. I am an American Citizen for my fore fathers have given there life that I may have the best that life and God will give.*

*Your honor I am very mindful of the seriousness of the charges I was accused of and I don't seek to minimize the severity of the charges.*
*I don't believe I should have to pay for an error of judgment concerning the company I was in through the denial of my education.*
*It appears Delaware States intention was in seeking my demise by providing future potential schools (as required) with the judicial record when there was clearly injustice and bias in the heart and mind of Dr. Johnson. His action during the Judicial process was in itself a prejudgment of my character, for Mr. Johnson clearly made all the decisions concerning my appeals to the school, the process was not exercised as it was initially meant to be practiced. I believe I exercised my character when Delaware State University illegally rescinded my scholarship which left me homeless on campus without financial support. I continued to complete and pass my classes without the proper tools such as books and reading material required to study.*

*Furthermore, had DSU punished me I would agree that it was fair and just but to ruin my ability to return to any school has caused irreparable damage for the time as been exceeded where I can presently pursue my Track and Field career which I could have continued had DSU not black listed me. Prior to the charges in the state of Delaware I had never been in any trouble and up to this date I have not been in any trouble.*

*At the present I thank you for the additional time to answer this case I am presently awaiting a notarized letter from the room mate which occupied the room with me. Although this incident has caused me extreme hardship, my roommate decided to come forward to tell the truth concerning the Bullets and marijuana found in the room initially he did not want to come forward for fear of ruining his education he is about to graduate it did not make sense for both of us to lose our education. This way at least one of us was able to complete our education. I don't regret his decision at not coming forward sooner for the retaliation and the admittance of his involvement in the matter possibly would have damaged both of our futures.*

*So, I am waiting to receive his notarized affidavit of how those two items*

*came to be in the room at the time the room was reached. I apologize for this delay but the affidavit is shortly on its way.*

*Honorable, Farnan I understand that you are obligated to follow the letter of the Law. Again, the fact that I am a lay person I pray that the Court doesn't deny me the proper and just process of the damages incurred as a result of the wonton disregard of Delaware State Universities practices and its affect upon I and my children's future and has caused great hardship on my mother as a single parent. Again I am also a single parent caring for my two children and my mother who is presently not in the optimal health she presently requires my physical, emotional and financial support and assistance, at the point this issue is amicably resolved I seek to continue my education with the company of my children who are dependant upon me for support.*

*Your time concerning this matter is greatly appreciated.*

          *Respectfully Submitted,*

          *Prince Allen Marsh*

*Under the penalty of perjury a copy of this letter / motion has been by first class mail to the defendants Counsel Mr. Marc S. Casarino, Esq. on January 29, 2007.*

Document 1 of 1

Source:
Delaware Code/ Constitution of the United States of America /AMENDMENTS TO CONSTITUTION OF UNITED STATES /AMENDMENT XIV. [DUE PROCESS - EQUAL PROTECTION]

# AMENDMENT XIV.
## [DUE PROCESS - EQUAL PROTECTION]

Sec.
1.
2.
3.
4.
5.

§ 1. All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

§ 2. Representatives shall be apportioned among the several States according to their respective numbers, counting the whole number of persons in each State, excluding Indians not taxed. But when the right to vote at any election for the choice of electors for President and Vice President of the United States, Representatives in Congress, the Executive and Judicial officers of a State, or the members of the Legislature thereof, is denied to any of the male inhabitants of such State, being twenty-one years of age, and citizens of the United States, or in any way abridged, except for participation in rebellion, or other crime, the basis of representation therein shall be reduced in the proportion which the number of such male citizens shall bear to the whole number of male citizens twenty-one years of age in such State.

§ 3. No person shall be a Senator or Representative in Congress, or elector of President and Vice President, or hold any office, civil or military, under the United States, or under any State, who, having previously taken an oath, as a member of Congress, or as an officer of the United States, or as a member of any State legislature, or as an executive or judicial officer of any State, to support the Constitution of the United States, shall have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof. But Congress may by a vote of two-thirds of each House, remove such disability.

§ 4. The validity of the public debt of the United States, authorized by law, including debts incurred for payment of pensions and bounties for services in suppressing insurrection or rebellion, shall not be questioned. But neither the United States nor any State shall assume or pay any debt or obligation incurred in aid of insurrection or rebellion against the United States, or any claim for the loss or emancipation of any slave; but all such debts, obligations and claims shall be held illegal and void.

§ 5. The Congress shall have power to enforce, by appropriate legislation, the provisions of this article.

**Document 1 of 1**

Source:
Delaware Code/ Constitution of the United States of America /AMENDMENTS TO CONSTITUTION OF UNITED STATES /AMENDMENT VII. [TRIAL BY JURY IN CIVIL CASES]

# AMENDMENT VII.
# [TRIAL BY JURY IN CIVIL CASES]

In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any Court of the United States, than according to the rules of the common law.

© 2006 by The State of Delaware and Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

**Document 1 of 1**

Source:
Delaware Code/ CONSTITUTION OF THE STATE OF DELAWARE ADOPTED 1897 AS AMENDED /ARTICLE IV JUDICIARY / § 20. Trial by court of issues of fact in civil causes.

## § 20. Trial by court of issues of fact in civil causes.

Section 20. In civil causes where matters of fact are at issue, if the parties agree, such matters of fact shall be tried by the court, and judgment rendered upon their decision thereon as upon a verdict by a jury.

(48 Del. Laws, c. 109.)

© 2006 by The State of Delaware and Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Document 1 of 1

Source:
Delaware Code/ Constitution of the United States of America /AMENDMENTS TO CONSTITUTION OF UNITED STATES /AMENDMENT V. [RIGHTS OF ACCUSED IN CRIMINAL PROCEEDINGS]

## AMENDMENT V.
## [RIGHTS OF ACCUSED IN CRIMINAL PROCEEDINGS]

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

© 2006 by The State of Delaware and Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PRINCE ALLEN MARSH,

        Plaintiff,

        v,        Civ. Act. No. 05-00087-JJF

DELAWARE STATE UNIVERSITY,
DR. CHARLES SMITH, DREXEL,
BALL, KAY MOSES, LOWAN PITT,

        Defendants.

    Dear UNITED STATES DISTRICT JUDGE THYNE, I am writing this letter to express the events I went through with Delaware State before and after my expulsion in January of 2004. I was devastated by these events my education, athletics, and personal life has been put on hold. I have also experience emotional and mental stresses.

    In the fall of the 2003 semester at Delaware State my 10, 000 dollar scholar was cut. I was without room and board, food and money it was really a struggle I slept on my fellow students floor and used their books when they were finished with them at night. I still maintain my GPA and survive the semester. This experience made me stronger because it let me know what kind of person I was because a lot of students had everything i didn't have and still couldn't maintain there GPA.

    Due to Delaware State sending my judicial record to other educational institutions without my knowledge I was not able to pursue my educational goals because these reports were defaming my character as a person. I have applied to 5 other education institution only to be denied entry due to my judicial record. This has stalled my education therefore stopping me from making a better life for my family and me. Jobs are scares where I live and it is very harder to try to support my family working for minimum wage because I don't have a college degree.

    My athletics career as also suffered after my expulsion from Delaware State. I had a promising running career in front of me before the instances that happened in

January of 2004. The potential of where my running could of took me is unknown due to it being cut short. I had 2 more years left to run and was really starting to bloom as a runner.

I've been through a lot emotional and mental stress because it like everyone looks at me as a failure. Before I was expel from school I was Prince Allen Marsh New York States Fastest Man. I was on top of my game doing well in school as well as my athletics. I had a bright future in front of me, but now its like i have to walk wit my head down in shame because everyone that knows me looks at me like I'm a criminal and that not the case. I had never been in any trouble before my arrest in 2004 and haven't been arrested since. I was at the wrong place at the wrong time with the wrong person and I've been paying for it ever since.

Delaware State did not do a full investigation on this cases they were just going off the newspaper and things they were hearing. My arrest took place off campus and had nothing to do with the school, I say that to say that Delaware State broke there own rules to expel me from school. (Exhibit 1)

If I am reinstated to Delaware State in January of 2007 my 10,000 dollar scholarship is no longer valid. I will also have to make the transition for my family as smooth as possible being that I'm soon to be married, I just had a daughter five months ago and my son Prince Jr turned seven in February. I have a lot on my plate, but i still manage to maintain because if I let myself fall apart I lose my children who I love dearly. I'm just trying to move on with my life so that i could support my family. I think I should be compensated my scholarship in full and a additional 2 million dollars for my inconviences.

Respectfully Submitted
Prince Marsh

