IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PRINCE ALLEN MARSH,         :
                            :
        Plaintiff,          :
                            :
    v.                      :  Civ. Act. No. 05-00087-JJF
                            :
DELAWARE STATE UNIVERSITY,  :
DR. CHARLES SMITH, DREXEL   :
BALL, KAY MOSES, LOWAN PITT,:
                            :
        Defendants.         :

## O R D E R

At Wilmington, this 15 day of February 2007, for the reasons set forth in the Court's Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1.  Defendants' Motion For Summary Judgment Pursuant To Federal Rule of Civil Procedure 56(b) (D.I. 45) is **GRANTED**.

2.  The Clerk of Court shall enter judgment in favor of Defendants and against Plaintiff on all counts of his Complaint.

_____
UNITED STATES DISTRICT JUDGE