IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PRINCE ALLEN MARSH,                :
                                   :
        Plaintiff,                 :
                                   :
   v.                              : Civ. Act. No. 05-00087-JJF
                                   :
DELAWARE STATE UNIVERSITY,         :
DR. CHARLES SMITH, DREXEL          :
BALL, KAY MOSES, LOWAN PITT,       :
                                   :
        Defendants.                :

**JUDGMENT IN A CIVIL CASE**

For the reasons set forth in the Court's Memorandum Opinion and Order dated February 15, 2007;

IT IS ORDER AND ADJUDGED that judgment be and is hereby entered in favor of Defendants, Delaware State University, Dr. Charles Smith, Drexel Ball, Kay Moses and Lowan Pitt, and against Plaintiff, Prince Allen Marsh, on all counts of his Complaint.

_____
UNITED STATES DISTRICT JUDGE

Dated:    February 15, 2007

_____
(By) Deputy Clerk