# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

February 26, 2007

Prince A. Marsh
434 Simpson Place
Peekskill, NJ 10566

      RE:    Marsh v. Delaware State University, et al.,
               C.A. No. 05-87

Dear Mr. Marsh:

    The Court is in receipt of documents in which you reference the above-captioned case. The aforesaid case is closed. Therefore, no action will be taken on your papers which are being returned to you with this letter.

                                  Sincerely,

                                  JOSEPH J. FARNAN, JR.

JJFjr:rjp
Enclosures

cc:    Clerk, United States District Court