IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PRINCE ALLEN MARSH,              :
                                 :
            Plaintiff,           :
                                 :
    v.                           : Civ. Act. No. 05-00087-JJF
                                 :
DELAWARE STATE UNIVERSITY,       :
DR. CHARLES SMITH, DREXEL        :
BALL, KAY MOSES, LOWAN PITT,     :
                                 :
            Defendants.          :

### O R D E R

WHEREAS, Plaintiff filed a letter dated March 7, 2007, which the Court construes as a request for an extension of time to file an appeal;

WHEREAS, pursuant to Federal Rule of Appellate Procedure 4(a)(5), the Court may grant Plaintiff an extension of time to file an appeal, if he moves within the time to file an appeal and demonstrates excusable neglect or good cause;

WHEREAS, Plaintiff is proceeding <u>pro se</u> and has represented to the Court that although he wishes to pursue an appeal in this case, he did not receive the Judgment Order and there may have been an error in his mailing address;

WHEREAS, the Court concludes, in these circumstances, that Plaintiff has demonstrated good cause justifying an extension of time to file an appeal;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff is granted **an additional thirty (30) days** to file his appeal.

March 13, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE